USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1814  ALICE BURNHAM, Plaintiff, Appellant, v. UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Alice Burnham on brief pro se. _____________ Paul M. Gagnon, United States Attorney, and T. David Plourde, _______________ _________________ Assistant United States Attorney, on brief for appellee. ____________________ February 26, 1998 ____________________ Per Curiam. Upon careful review of the briefs and __________ record, we conclude that the district court properly entered summary judgment substantially for the reasons stated in the order dated April 22, 1997, and we perceive no abuse of discretion in the denial of appellant's motion for reconsideration or relief from judgment. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-